FILED'06 JUL 20 13:23USDC-ORP

Leonard R. Berman
4711 SW Huber St., Suite E-3
Portland, OR 97219
(503) 473-8787
OSB # 96040

ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CV '06 1038 KI

| | |
|---|---|
| NICK VALES, TRISHA VALES, RICHARD ANTHONY, WILLIAM J. BANKS, DARWIN BOGGS, JOE BOGGS, VICTORIA BRADLEY, MICHAEL W. BUCKLEY ESTATE OF J. COLMAN, DAVE CARDEN, JAMES CANTRELL, JIMMY CRAVEN,` K. DOLAN, RONALD ELLSWO RTH MANNY DA SILVA, JR, CECIL R. EVANS, MICHAEL FREEBURG, DIEGO GARCIA, OSCAR GARCIA, LARRY HANKINS, BOBBIE JOHNSON, DARWIN KEEN, TIM HORRISBERGER, DENNIS JONES, JASON R. JORDAN, CHRISTIAN KIRKLAND, TRISH LEWMAN, PARKER B. LEACH, JR., RACHEL MEYER, CHRISTOPHER M. MEYER, KATHLEEN MORRISON, SUSANNE MARSAW RENO McCREERY, GEORGE MARTIN , JR., ENRIQUE MEJIA-GARAY, MATT MORGAN. K.C. NEWELL, VICTORIA T. NOEL, DREW OSBOURNE, DONNA OYLER, JAMES OYLER, RON POWERS, GERALD PLOWMAN, DESIREE PEYTON, GREGORY PEYTON, KEVIN READ, STEVE RIVES, APRIL RICH, WILLIAM J. SECREST, MICHAEL SHALLOP, CLIFFORD A. SMITH, SHANE SMITH, MARY SOIJA, DONALD SCHMIDER, STEVEN SILVA, JESSICA SILVA, ANNA STOLEBARGER,JOHN STOLEBARGER MIKE STARNES, BRITTANY STRATTON, WILLIAM STRATTON, RAYMOND L. UHLRY, JON PAUL TIFFANY, DAVID THOMPSON JOHNNY WALLIS, JAMES WHEELER, EDDIE L. WILLIAMS, KEVIN WIDDISON, MARK WYATT, MARIA ELSA WYATT,<br><br>Plaintiffs, | Case No.<br><br>COMPLAINT FOR UNREASONABLE SEARCH AND SEIZURE, 4th AMENDMENT, VIOLATION (42 USC 1983) EXCESSIVE FORCE, ASSAULT NEGLIGENCE, MALICIOUS PROSECUTION, FIRST AM. VIOLATIONS, TORTIOUS INTERFERENCE WITH BUSINESS CONTRACT, OUTRAGEOUS CONDUCT |



10551

v, )
)
JOSEPHINE COUNTY, )
CITY OF GRANTS PASS, ) (JURY TRIAL REQUESTED)
JACKSON COUNTY, )
STATE OF OREGON, )
DOUGLAS COUNTY, )
SGT. MICHAELS, Personally, )
SHERIFF DAVID DANIEL, Personally, )
)
Defendants. )
)
)

1.

This Court has jurisdiction pursuant to 28 U.S.C. Sec. 1331, 28 U.S.C. Sec. 1343, and 28 U.S.C. Sec. 1367 (a).

2.

The Plaintiffs are residents of California, Washington, Nevada, Tennessee Texas and Oregon.

3.

The defendants City of Grants Pass, Josephine County, Jackson County, Douglas County, State of Oregon are local government agencies. The named defendants are employees of said agencies. David Daniel and Sgt. Michaels are employees of Josephine County.

/
/
/

COMMON FACTUAL ALLEGATIONS

4.

On the weekend of June 3, 2005, motorcycle enthusiasts from multiple states and their spouses and minor children assembled peaceably for an annual gathering in Schroeder Park in Grants Pass and at nearby accommodations. Prior such annual events were peaceable and uneventful.

5.

Prior to the event, the local sheriff David Daniel alerted the media and public to a potentially dangerous upcoming gathering of alleged criminals, and local law enforcement officials told local establishments not to let rooms, feed or do business with impending motorcycle visitors.

6.

Plaintiff Nick Vales, the above-named sixty-eight plaintiffs and counting, and numerous minors to be named later, were followed, wrongfully and illegally detained, ticketed, imprisoned and assaulted with deadly weapons, verbally threatened with deadly force and barking police dogs, intimidated by police helicopters and constant automotive patrols, lights shined into sleeping camper tents at 3:30 am, wrongfully charged with offenses and/or violations by the above-named defendants or employees of the above-named agencies and agents of the FBI and ATF (to be named later) and more than a dozen of their agents on about June 3, 4 and 5, 2005 in various locations in Grants Pass.

7.

Individual male and female plaintiffs were subjected to traffic stops for no reason, resulting in no tickets or dubious tickets. Plaintiffs were photographed and detained without their consent or right to leave.

8.

Defendants pointed firearms and laser dot markers at unarmed, peaceable plaintiffs, including seven-months pregnant unarmed women, and a ten-year-old boy, on several occasions in violation of federal law.

9.

As a proximate result of the above-described mass torts and detention, all plaintiffs suffered one or more loss: Ie., loss of their freedom, anguish, humiliation, frustration, denial of their rights to come and go as they pleased, and were compelled to stay on campgrounds for two days, denied the right to contract with phone-in, take-out food vendors by denying all delivery drivers, but the first one, access to the campgrounds, intimidated into not participating in a charity fundraising ride-event, dubious tickets, all to their economic (fines) and non-economic damage.

10.

No formal arrests for criminal charges were made.

11.

Plaintiffs gave timely notice of tort claim on November 4 and 18, 2005.

AS AND FOR A FIRST CAUSE OF ACTION

MALICIOUS PROSECUTION

Plaintiff realleges all of the aforementioned paragraphs 1-11 as though fully set forth herein.

12.

The above named defendants improperly charged Plaintiffs with violations and/or offenses with malice with the intent to deter plaintiffs from seeking redress for the defendants' misconduct.

AS AND FOR A SECOND CAUSE OF ACTION

NEGLIGENCE

Plaintiff realleges all of the aforementioned paragraphs 1-11 as though fully set forth herein.

13.

The wrongful detention, imprisonment, assault with deadly weapons and charging of plaintiffs by above-named defendants were the proximate result of the failure to properly, hire, train and supervise its employee defendants.

14.

The wrongful detention, imprisonment, assault with deadly weapons and

charging of plaintiffs by above-named defendants were the proximate result of the employee defendants negligence in failing to treat plaintiffs in a safe and legal manner.

## AS AND FOR A THIRD CAUSE OF ACTION
## FOURTH AMENDMENT VIOLATION

Plaintiff realleges all of the aforementioned paragraphs 1-11 as though fully set forth herein.

15.

The wrongful traffic detentions , imprisonment on campgrounds, assault with deadly weapons and wrongful charging of plaintiffs by above-named defendants violated plaintiffs' right to be free of Unreasonable Search and Seizure and Excessive Force under the Fourth Amendment.

## AS AND FOR A FOURTH CAUSE OF ACTION
## ASSAULT

Plaintiff realleges all of the aforementioned paragraphs 1-11 as though fully set forth herein.

16.

The conduct of defendant officers in pointing laser dots and firearms at unarmed, peaceable citizens constituted assault with deadly weapons for many, if not all, plaintiffs.

/
/

## AS AND FOR A FIFTH CAUSE OF ACTION

## FIRST AMENDMENT VIOLATION

Plaintiff realleges all of the aforementioned paragraphs 1-11 as though fully set forth herein.

17.

The wrongful detention, imprisonment, assault with deadly weapons and charging of plaintiffs by above-named defendants violated plaintiffs' First Amendment Rights to Assemble and Freedom of Expression.

## AS AND FOR A SIXTH CAUSE OF ACTION

## TORTIOUS INTERFERENCE WITH CONTRACT

Plaintiff realleges all of the aforementioned paragraphs 1-11 as though fully set forth herein.

18.

The conduct of defendant officers' in telling local businesses not to let rooms to, feed or do business with impending motorcycle visitors, and preventing ingress and egress of delivery drivers to the park, thereby frustrating the purpose of contracts between civilians and proprietors, constituted tortuous interference with business contract.

## AS AND FOR A SEVENTH CAUSE OF ACTION

## OUTRAGEOUS CONDUCT

Plaintiff realleges all of the aforementioned paragraphs 1-11 as though fully set forth herein.

19.

The cumulative effect of the false camp imprisonment, wrongful traffic detentions, assault with deadly weapons, patrols by helicopter, police dogs, cop cars, denial of freedom to move or do business constitutes the intentional infliction of emotional distress and/or outrageous conduct.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for the following relief :

1. Entry of a judgment pursuant to 28 U.S.C. Sec. 2201, declaring that defendants, by their actions, have violated plaintiffs' constitutional rights, and awarding plaintiffs compensatory and punitive damages, to deter the defendants from repeating such misconduct, together with costs and attorney's fees.
2. Such other and further relief as this Court deems just and proper.
3. Plaintiff requests a jury trial.

Dated this 20th of July, 2006.

LEONARD R. BERMAN, OSB# 96040
Trial Attorney for Plaintiffs